1  Christopher M. McDonald (SBN 198093)
   E-mail: cmcdonald@murchisonlaw.com
2  Laurie E. Yoon (SBN 309379)
   E-mail: lyoon@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   18201 Von Karman Avenue, Suite 950
4  Irvine, California 92612
   Telephone:  (714) 972-9977
5  Facsimile:   (714) 972-1404

6  Attorneys for Defendant,
   WALMART, INC.

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | CRYSTAL HARTLEY,                        | CASE NO.
12 |          Plaintiff,                     |
13 | vs.                                     | **DEFENDANT, WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)**
14 | WALMART, INC., and DOE FLOOR MANUFACTURER, and DOES 1 to 50, |
15 |                                         |
16 |          Defendants.                    | State Court Docket:
                                              California Superior Court
17                                            County of San Joaquin
                                              Case No.: STK-CV-UPI-2023-0001468
18                                            Filing Date: February 21, 2023

19

20

21     TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

22 COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.

23     PLEASE TAKE NOTICE that Defendant, WALMART, INC., pursuant to 28

24 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of this civil action from

25 the Superior Court of California for the County of San Joaquin, where it is currently

26 pending as Case No. STK-CV-UPI-2023-0001468, to the United States District Court

27 for the Eastern District of California, Sacramento Division.

28     The grounds for removal are as follows:

## I. INTRODUCTION

WALMART, INC., a Delaware corporation, with its principal place of business located in Bentonville, Arkansas, is a defendant in the civil action entitled, <u>Crystal Hartley vs. Walmart, Inc.</u>, with case number STK-CV-UPI-2023-0001468, which was commenced on February 21, 2023, in the Superior Court of the State of California, County of San Joaquin, and is now pending therein. A true and correct copy of the Complaint and the pleadings served with said Complaint are attached hereto and incorporated by reference as **Exhibit A**.

2. Under 28 U.S.C. 1446, a defendant has thirty days from the date of service to file removal papers. Plaintiff personally served WALMART, INC.'S registered agent with copies of the Summons and the Complaint on February 23, 2023. (See Plaintiff's Proof of Service, **Exhibit B**.) California *Code of Civil Procedure* section 415.10 states the following: "A summons may be served by personal delivery of a copy of the summons and of the complaint to the person to be served. Service of a summons in this manner is deemed complete at the time of such delivery. The date upon which personal delivery is made shall be entered on or affixed to the face of the copy of the summons at the time of its delivery. However, service of a summons without such date shall be valid and effective." As such, service on WALMART, INC., was deemed complete on February 23, 2023. Based on this service date, the thirty-day window for removal expires on March 25, 2023. Thus, pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal is timely filed.

3. As more fully set forth below, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332(a), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. §1441, WALMART, INC. may remove this action to this Court.

/ / /

## II. THIS COURT HAS SUBJECT MATTER JURISDICTION

4. Based on the allegations in the Complaint, WALMART, INC., is informed and believes that Plaintiff, Crystal Hartley is a citizen of the State of California, and with regard to citizenship, Plaintiff is diverse from all named Defendant(s) in this action.

5. WALMART, INC., is incorporated under the laws of the State of Delaware, and has its principal place of business in Bentonville, Arkansas.

6. This is a premises liability action in which Plaintiff, Crystal Hartley, seeks significant medical and general damages for injuries sustained as a result of an alleged dangerous condition on WALMART, INC.'s premises. Plaintiff, Crystal Hartley, alleges that on April 25, 2022, she visited the Walmart store located at 3223 E Hammer Ln., Stockton, California, 95212, and sustained injuries and damages due to Walmart's operating and maintaining the premises negligently among others. (Complaint, pages 5-6.) Plaintiff, Crystal Hartley, prays for general damages, medical expenses, property damage, and loss of use of property. (Complaint, page 3.) On September 14, 2022, WALMART, INC., received a settlement demand letter from Plaintiff, Crystal Hartley, in which she identified $75,431.13 in medical expenses and a settlement demand in the sum of $500,000.00. As such, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. This court has original jurisdiction over this action under 28 U.S.C. § 1332.

7. This petition is filed with this court within one year from the filing of the action in accordance with 28 U.S.C. § 1446(b).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## III. DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant WALMART, INC., hereby demands trial by jury in this action.

DATED: March 24, 2023            **MURCHISON & CUMMING, LLP**

By: _____
Christopher M. McDonald
Laurie E. Yoon
Attorney for Defendant,
WALMART, INC.

# Exhibit A

Case 2:23-cv-00568-DJC-AC    Document 1    Filed 03/24/23    Page 5 of 16

5

Case No.
DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Benjamin Drake, SBN: 243207; Nicole Glassman, SBN: 304968<br>DRAKE LAW FIRM<br>19935 Ventura Blvd., Suite 202<br>Woodland Hills, CA 91364<br>TELEPHONE NO: (888) 315-5721   FAX NO. (Optional): (888) 340-6488<br>E-MAIL ADDRESS (Optional): Litigation@drakelawgroup.com<br>ATTORNEY FOR (Name): Plaintiff CRYSTAL HARTLEY | Electronically Filed<br>Superior Court of California<br>County of San Joaquin<br>2023-02-21 00:00:00<br>Clerk: Kacey Sutton<br><br>Case Management Conference<br>2023-08-21 8:30AM in 11B<br><br>STK-CV-UPI-2023-0001468 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Joaquin
STREET ADDRESS: 180 E. Weber
MAILING ADDRESS: 180 E. Weber
CITY AND ZIP CODE: Stockton, CA
BRANCH NAME: Stockton Courthouse

PLAINTIFF: CRYSTAL HARTLEY

DEFENDANT: WALMART, INC.; DOE FLOOR MANUFACTURER

[✔] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE   [✔] OTHER (specify): Premise Liability
[ ] Property Damage   [ ] Wrongful Death
[✔] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[✔] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

1. **Plaintiff** (name or names): CRYSTAL HARTLEY
   alleges causes of action against **defendant** (name or names):
   WALMART, INC.; DOE FLOOR MANUFACTURER; DOES 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: HARTLEY v. WALMART, INC., et., al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): WALMART, INC
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ except defendant (name): DOE FLOOR MANU
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: HARTLEY v. WALMART, INC., et., al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*

   According to Proof

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

   GN-1; PL-1

Date: 02/20/2023

NICOLE GLASSMAN, ESQ.
(TYPE OR PRINT NAME)

▶ *Nicole A. Glassman* (signature)
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: HARTLEY v. WALMART, INC., et., al. | CASE NUMBER: |
|---|---|

FIRST CAUSE OF ACTION—General Negligence       Page   5
(number)

ATTACHMENT TO  ✔ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* CRYSTAL HARTLEY

alleges that defendant *(name):* WALMART, INC.; DOE FLOOR MANUFACTURER

✔ Does  1  to  50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 04/25/2022
at *(place):* Store #1554 located at 3223 E Hammer Ln., Stockton, CA 95212

*(description of reasons for liability):*

At the time and place aforesaid, Defendants WALMART, INC.; DOE FLOOR MANUFACTURER and DOES 1 to 50, inclusive and each of them, and each of them, individually, collectively, and/or by and through their administrators, supervisors, and/or managing agents (referred to hereinafter collectively as "DEFENDANTS"), owed a duty of care to Plaintiff, but breached that duty of care by failing to use reasonable care to prevent harm to Plaintiff, thereby causing injury and damages to Plaintiff.

Without limiting the generality of the foregoing, and by way of example, on the date of the subject incident, for a period of time prior thereto, and at all relevant times, DEFENDANTS were owners, occupiers, builders, operators, designers, repairers, possessors, lessors, managers, custodians, supervisors, inspectors, servicers, controllers, engineers, contractors, renters, and/or maintainers of the real property located at 3223 E. Hammer ln Stockton, CA (Store #1554) (all of which collectively is referred to hereinafter as the "SUBJECT PROPERTY"). DEFENDANTS owed a duty to Plaintiff to exercise reasonable and ordinary care in the ownership, leasing, possession, use, inspection, control, maintenance, repair, design, operation, and/or management of the SUBJECT PREMISES, so as to avoid subjecting Plaintiff and others to an unreasonable risk of harm. DEFENDANTS breached their duty to Plaintiff.

CONTINUED ON ATTACHMENT "1"

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| SHORT TITLE: HARTLEY v. WALMART INC., et al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* Prem.L-5.b

*(This Attachment may be used with any Judicial Council form.)*

ALL DEFENDANTS:

    1.  Defendants acted in a joint venture and/or enterprise, and/or in an employee-employer, agent-principal or some other relationship with each other, and shares responsibility for the acts or omissions which caused the injuries and damages alleged herein.

    2.  Defendants designed, manufactured, constructed, built, owned, sold, transferred, managed, maintained, controlled, used, operated, supervised, inspected, and/or repaired the property involved in this incident, all or part of the incident site, adjacent property, improvements and/or fixtures thereon, and/or component parts thereof, in a negligent, careless, reckless, unlawful, defective and/or dangerous manner, which were used in a foreseeable manner involving unreasonable danger and/or risk not reasonably apparent, without adequate warning, which caused injuries and damages to Plaintiff, as alleged herein.

    3.  Defendants leased or rented the premises that caused the incident and negligently, carelessly and/or unlawfully entrusted same to other Defendants, thereby sharing responsibility for each of Plaintiff's injuries and damages, as alleged herein.

    4.  Plaintiff is informed, believes, and thereon alleges that at all relevant times hereto, the Defendants and each of them had a duty of due care to investigate the background of their employees, especially in light of the particular risk or hazard that the breach of that duty poses to patrons on their premises, including Plaintiff.

    5.  Defendants and each of them have a duty of due care in the supervision of their employees, to properly supervise employees in a manner so as to ensure proper performance of said employees' job activities, and to ensure that the employees conduct themselves in the proper manner while maintaining the subject premises.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: HARTLEY v. WALMART INC., et al. | CASE NUMBER: |
|---|---|

SECOND                    **CAUSE OF ACTION—Premises Liability**         Page  6
_(number)_

ATTACHMENT TO  [✱] Complaint    [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

**Prem.L-1. Plaintiff** _(name):_ CRYSTAL HARTLEY

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On _(date):_ April 25, 2022           plaintiff was injured on the following premises in the following fashion _(description of premises and circumstances of injury):_

At or near Walmart Supercenter #1554 located at 3223 E Hammer Ln., Stockton, CA 95212.

DEFENDANTS so negligently and carelessly owned, leased, occupied, operated, maintained, serviced, inspected and/or controlled the SUBJECT PREMISES so that a dangerous condition was permitted to exist on the SUBJECT PREMISES which caused Plaintiff to sustain injuries and damages.

**Prem.L-2.** [✱] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names):_
WALMART INC.; DOE FLOOR MANUFACTURER

[✱] Does 21 to 30

**Prem.L-3.** [✱] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names):_
WALMART INC.; DOE FLOOR MANUFACTURER

[✱] Does 31 to 40

Plaintiff, a recreational user, was  [ ] an invited guest   [✱] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names):_

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.a.** [✱] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_
ALL DEFENDANTS

[✱] Does 41 to 50

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows _(names):_

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California  PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]  [Save this form]    [Clear this form]

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

WALMART, INC.; DOE FLOOR MANUFACTURER; DOES 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CRYSTAL HARTLEY

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

Electronically Filed
Superior Court of California
County of San Joaquin
2023-02-21 00:00:00
Clerk: Kacey Sutton

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Joaquin County
180 E. Webber St., Stockton, CA 95202

**CASE NUMBER:**
*(Número del Caso):*
STK-CV-UPI-2023-0001468

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DRAKE LAW FIRM, 19935 Ventura Blvd., Suite 202, Woodland Hills, CA 91364 888-315-5721

DATE: 2023-02-21    Brandon E. Riley    Clerk, by _____, Deputy
*(Fecha)*                                *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# Exhibit B

6

Case No.

DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Benjamin Drake, Esq. | SBN: 243207<br>Drake Law Firm<br>19935 Ventura Blvd., Suite 300   Woodland Hills, CA 91364<br>TELEPHONE NO.: **(213) 381-1156** | FAX NO. **(888) 340-6488**<br>E-MAIL ADDRESS: **Benjamin@drakelawgroup.com**<br>ATTORNEY FOR: **Plaintiff: Crystal Hartley** | |

**Superior Court of California, County of San Joaquin**
STREET ADDRESS: **180 East Webber Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **Stockton, CA 95202**
BRANCH NAME:

PLAINTIFF: **Crystal Hartley**

DEFENDANT: **Walmart, Inc., et al.**

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | STK-CV-UPI-2023-0001468 |
| | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Civil Case Cover Sheet**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Walmart, Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Sarai Marin - Intake Specialist, c/o CT Corporation System, agent for service of process**
   **Age: 20 Race: Middle Eastern Sex: Female**
   **Weight: 120lbs Hair: Brown  Height: 5'4"  Eyes: Green**
   **Marks:**

4. Address where the party was served: **CT Corporation Systems**
   **330 North Brand Boulevard, Suite 700**
   **Glendale, CA 91203**

5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **2/23/2023** (2) at *(time)*: **8:31 AM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date)*: from *(city)*:   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/PS310860

| PETITIONER: Crystal Hartley | CASE NUMBER: |
|---|---|
| Case 2:23-cv-00568-DJC-AC  Document 1  Filed 03/24/23  Page 15 of 16 | STK-CV-UPI-2023-0001468 |
| RESPONDENT: Walmart, Inc., et al. | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of: **Walmart, Inc.**
      under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: **LLC** |

7. **Person who served papers**
   a. Name: **Arman Guloglyan - USA Express Legal & Investigative Services, Inc.**
   b. Address: **21031 Ventura Blvd., Suite 920  Woodland Hills, CA 91364**
   c. Telephone number: **(877) 872-3977**
   d. **The fee** for service was: **$ 67.07**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner  ☑ employee  ☐ independent contractor.
         (ii) Registration No.: **2022236937**
         (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/24/2023**

**USA Express Legal & Investigative Services, Inc.**
**21031 Ventura Blvd., Suite 920**
**Woodland Hills, CA 91364**
**(877) 872-3977**
**www.usaexpressinc.com**

**Arman Guloglyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

# CERTIFICATE OF SERVICE

### Crystal Hartley vs. Walmart Inc., et al.
### Our File No. 49499

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18201 Von Karman Avenue, Suite 950, Irvine, CA 92612-1077.

On March 24, 2023, I served true copies of the following document(s) described as **DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)** on the interested parties in this action as follows:

Benjamin Drake, Esq.                              Plaintiff, CRYSTAL HARTLEY
Nicole Glassman, Esq.
DRAKE LAW FIRM
19935 Ventura Blvd., Suite 202
Woodland Hills, CA  91364
Telephone:  818-315-5721
Facsimile:    818-340-6488
E-Mail: litigation@drakelawgroup.com


**BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic filing and electronic service the document(s) listed above to the Counsel set forth above on this date pursuant to Administrative order 14-2 NEFCR 9 (a), and EDCR Rule 7.26.

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

**BY ELECTRONIC TRANSMISSION ONLY:**  ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided, that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2023, at Irvine, California.


                                                                /s/ Julia Sanchez
                                                                Julia Sanchez